

MEMBER'S STATEMENT OF ACCOUNT

www.americu.org
INQUIRIES: 1916 Black River Boulevard, Rome, NY 13440
TELELINK (AUTOMATED): 1.800.232.4330 | 315.337.4373
MEMBER CALL CENTER: 1.800.388.2000 | 315.356.3000

Tax filing made
FAST and EASY!
SAVE 20% OFF
Our already low
price!
ezTaxReturn.com
ezTaxReturn.com/AmeriCU

MICHAEL G GAMELA
23 BRAINARD ST
WHITESBORO NY 13492-1511

Regular Share Accounts are not transferable except on the records of this credit union.

**Account Number XXXXXX1640**  **Statement Period 02-01-23 thru 02-28-23**  **Page 1 of 2**

Your MemberPLUS Relationship Level is Core

### FREEDOM CHECKING - 11

Dividends Paid YTD: $0.00

| Post Date | Trans Date | Amount | Balance | Description |
|---|---|---|---|---|
| 02-01 | | | 2,749.21 | **Beginning Balance** |
| 02-02 | | -300.00 | 2,449.21 | Withdrawal<br>ITM Session: XB4378 |
| 02-03 | | 740.93 | 3,190.14 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 02-03 | | 16.46 | 3,206.60 | Deposit |
| 02-04 | | -149.00 | 3,057.60 | Withdrawal Debit Card Visa Check Card<br>02/04 0408342000080494804940 WIRE STRIP MEISTER INC BURLINGTON CA |
| 02-04 | | -1.49 | 3,056.11 | Withdrawal Card Fee<br>VISA INTERNATIONAL SERVICE ASSESSMENT<br>Date 02/04/23 |
| 02-05 | | -393.24 | 2,662.87 | Withdrawal POS #042574<br>POS WM SUPERCENTER #1677 Wal-Mart Super Center NEW HARTFORD NY |
| 02-06 | | -135.03 | 2,527.84 | Withdrawal ACH PROG ADVANCED<br>TYPE: INS PREM CO: PROG ADVANCED |
| 02-06 | | -199.88 | 2,327.96 | Withdrawal Debit Card Visa Check Card<br>02/06 0446614000097747877780 K7*CBMRCH8883506781 8449787467 FL |
| 02-07 | | -800.00 | 1,527.96 | Check 1174 Tracer 843900000007668 |
| 02-07 | | -1,300.00 | 227.96 | Check 1175 Tracer 843900000007713 |
| 02-07 | | -12.49 | 215.47 | Withdrawal Debit Card Visa Check Card<br>02/07 0481239000084470844700 CHALLENGE BODY MIND 855-4604451 NM |
| 02-08 | | -78.99 | 136.48 | Check 1176 Tracer 844000000009101 |
| 02-10 | | 740.93 | 877.41 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 02-12 | | -74.87 | 802.54 | Withdrawal Debit Card Visa Check Card<br>02/11 0413829000022583225830 PRICE CHOPPER #207 NEW HARTFORD NY |
| 02-15 | | -180.68 | 621.86 | Withdrawal Debit Card Visa Check Card<br>02/14 0413829000063839638390 PRICE CHOPPER #207 NEW HARTFORD NY |
| 02-17 | | 740.93 | 1,362.79 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 02-17 | | -100.00 | 1,262.79 | Withdrawal at ATM #334222<br>ATM STEWARTS #46-K713880 903 CHAMPLIN AVE YORKVILLE NY |
| 02-24 | | 740.93 | 2,003.72 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 02-28 | | | 2,003.72 | **Ending Balance** |

Dividends Paid In 2022  0.00

0001-007-001_M103 2012

MEMBER'S STATEMENT OF ACCOUNT



www.americu.org
INQUIRIES: 1916 Black River Boulevard, Rome, NY 13440
TELELINK (AUTOMATED): 1.800.232.4330 | 315.337.4373
MEMBER CALL CENTER: 1.800.388.2000 | 315.356.3000

**Tax filing made FAST and EASY! SAVE 20% OFF our already low price!**
**ezTaxReturn.com**
*ezTaxReturn.com/AmeriCU*

MICHAEL G GAMELA
23 BRAINARD ST
WHITESBORO NY 13492-1511

Regular Share Accounts are not transferable except on the records of this credit union.

**Account Number XXXXXX1640**  **Statement Period 03-01-23 thru 03-31-23**  **Page 1 of 2**

Your MemberPLUS Relationship Level is Core

### FREEDOM CHECKING - 11
Dividends Paid YTD: $0.00

| Post Date | Trans Date | Amount | Balance | Description |
|---|---|---|---|---|
| 03-01 | | | 2,003.72 | **Beginning Balance** |
| 03-01 | | -119.63 | 1,884.09 | Recurring Withdrawal at ATM #25412 |
| | | | | BP BJS MEMBERSHIP 800-257-2582 MA |
| 03-02 | | -15.03 | 1,869.06 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/02 04137460000080227802270 BYRNE DAIRY 25 WHITESBORO NY |
| 03-03 | | 740.93 | 2,609.99 | Deposit ACH ROBERTS CONSTRUC |
| | | | | TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 03-03 | | -300.00 | 2,309.99 | Withdrawal |
| | | | | ITM Session: XB4377 |
| 03-03 | | -800.00 | 1,509.99 | Check 1177 Tracer 8463000000006547 |
| 03-04 | | -116.33 | 1,393.66 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/03 04138290000057201572010 PRICE CHOPPER #207 NEW HARTFORD NY |
| 03-06 | | -125.00 | 1,268.66 | Withdrawal ACH PROG ADVANCED |
| | | | | TYPE: INS PREM CO: PROG ADVANCED |
| 03-07 | | -12.55 | 1,256.11 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/07 04137460000015747157470 BYRNE DAIRY 116 NEW HARTFORD NY |
| 03-07 | | -150.00 | 1,106.11 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/07 04137460000015739157390 BYRNE DAIRY 25 WHITESBORO NY |
| 03-09 | | -199.88 | 906.23 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/10 04466140000543646436460 K7*CBMRCH8883506781 8449787467 FL |
| 03-10 | | 740.93 | 1,647.16 | Deposit ACH ROBERTS CONSTRUC |
| | | | | TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 03-11 | | -140.19 | 1,506.97 | Withdrawal Debit Card Visa Check Card |
| | | | | 03/10 04138290000057863578630 PRICE CHOPPER #207 NEW HARTFORD NY |
| 03-12 | | -12.49 | 1,494.48 | Recurring Withdrawal Debit Card Visa Check Card |
| | | | | 03/10 04812390000071046710460 CHALLENGE BODY MIND 855-4604451 NM |
| 03-12 | | -200.00 | 1,294.48 | Withdrawal at ATM #568178 |
| | | | | ATM 903 CHAMPLIN AVE YORKVILLE NY |
| 03-13 | | -33.24 | 1,261.24 | Check 1179 Tracer 847300000028936 |
| 03-17 | | -400.00 | 861.24 | Withdrawal |
| | | | | ITM Session: XB4377 |
| 03-23 | | 740.93 | 1,602.17 | Deposit ACH ROBERTS CONSTRUC |
| | | | | TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 03-24 | | 740.93 | 2,343.10 | Deposit ACH ROBERTS CONSTRUC |
| | | | | TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 03-24 | | -100.00 | 2,243.10 | Withdrawal |
| | | | | ITM Session: XB4378 |
| 03-24 | | -100.00 | 2,143.10 | Withdrawal at ATM #797367 |
| | | | | ATM STEWARTS #46-K713880 903 CHAMPLIN AVE |

0001-007-001_M103 2012



www.americu.org
INQUIRIES: 1916 Black River Boulevard, Rome, NY 13440
TELELINK (AUTOMATED): 1.800.232.4330 | 315.337.4373
MEMBER CALL CENTER: 1.800.388.2000 | 315.356.3000

**AMERICU & A SMOOTH RIDE**
**LOWER PAYMENTS WITH LEASE-LIKE AUTO LOANS!**
*americu.org/auto*
**AmeriCU Credit Union & You. Let's Connect.**
Membership eligibility required. Equal Housing Lender.
Insured by NCUA.

MICHAEL G GAMELA
23 BRAINARD ST
WHITESBORO NY 13492-1511

Regular Share Accounts are not transferable except on the records of this credit union.

**Account Number XXXXXX1640**　　**Statement Period 04-01-23 thru 04-30-23**　　**Page 1 of 2**

Your MemberPLUS Relationship Level is Core

## FREEDOM CHECKING - 11　　　　　　　　　　　　　　　　　　　　　Dividends Paid YTD: $0.00

| Post Date | Trans Date | Amount | Balance | Description |
|---|---|---|---|---|
| 04-01 | | | 2,591.63 | Beginning Balance |
| 04-03 | | 800.00 | 3,391.63 | Deposit |
| 04-04 | | -125.00 | 3,266.63 | Withdrawal ACH PROG ADVANCED<br>TYPE: INS PREM CO: PROG ADVANCED |
| 04-05 | | -126.07 | 3,140.56 | Withdrawal Debit Card Visa Check Card<br>04/04 0413829000051239512390 PRICE CHOPPER #207 NEW HARTFORD NY |
| 04-07 | | 740.93 | 3,881.49 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 04-07 | | -800.00 | 3,081.49 | Check 1182 Tracer 849800000043560 |
| 04-07 | | -1,300.00 | 1,781.49 | Check 1181 Tracer 849800000042270 |
| 04-12 | | -199.88 | 1,581.61 | Withdrawal Debit Card Visa Check Card<br>04/12 04466140000288792887920 K7*PWRCHK8883506781 8449787467 FL |
| 04-14 | | 740.93 | 2,322.54 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 04-15 | | -86.60 | 2,235.94 | Withdrawal Debit Card Visa Check Card<br>04/14 04013390000028844288440 THE FORGE MOTEL OLD FORGE NY |
| 04-16 | | -81.41 | 2,154.53 | Withdrawal Debit Card Visa Check Card<br>04/15 04138290000044304443040 PRICE CHOPPER #207 NEW HARTFORD NY |
| 04-18 | | -155.00 | 1,999.53 | Withdrawal Debit Card Visa Check Card<br>04/17 04108380000000003000030 HRBLOCK RETAIL SYRACUSE NY |
| 04-21 | | 740.93 | 2,740.46 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 04-21 | | -100.00 | 2,640.46 | Withdrawal<br>ITM Session: XB4354 |
| 04-21 | | -100.00 | 2,540.46 | Withdrawal<br>ITM Session: XB4378 |
| 04-23 | | -155.08 | 2,385.38 | Withdrawal Debit Card Visa Check Card<br>04/22 04943010000047402474020 THE HOME DEPOT #1254 NEW HARTFORD NY |
| 04-27 | | -100.00 | 2,285.38 | Withdrawal<br>ITM Session: XB4354 |
| 04-28 | | 740.93 | 3,026.31 | Deposit ACH ROBERTS CONSTRUC<br>TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 04-29 | | -200.00 | 2,826.31 | Withdrawal at ATM #697080<br>ATM STEWARTS #46-K713880 903 CHAMPLIN AVE<br>YORKVILLE NY |
| 04-30 | | | 2,826.31 | Ending Balance |

Dividends Paid In 2022　　　　　　　　　　　　　　　　　　　　　　0.00

MEMBER'S STATEMENT OF ACCOUNT



www.americu.org
INQUIRIES: 1916 Black River Boulevard, Rome, NY 13440
TELELINK (AUTOMATED): 1.800.232.4330 | 315.337.4373
MEMBER CALL CENTER: 1.800.388.2000 | 315.356.3000

AMERICU &
YOUR TERMS
6-MONTH
SHARE CERTIFICATE
4.50% APY*
americu.org/save
*Annual Percentage Yields (APYs) current as of 05/08/23 and are subject to change without notice. Minimum balance of $1,000 required. Withdrawals of principal are subject to early withdrawal penalties. The Dividend Rate and Annual Percentage Yield are fixed and will be in effect for the initial term of the account. Cannot be combined with any other offer. Membership eligibility is required. Insured by NCUA.

MICHAEL G GAMELA
23 BRAINARD ST
WHITESBORO NY 13492-1511

Regular Share Accounts are not transferable except on the records of this credit union.

**Account Number XXXXXX1640**  **Statement Period 05-01-23 thru 05-31-23**  **Page 1 of 2**

Your MemberPLUS Relationship Level is Core

## FREEDOM CHECKING - 11

Dividends Paid YTD: $0.00

| Post Date | Trans Date | Amount | Balance | Description |
|---|---|---|---|---|
| 05-01 | | | 2,826.31 | **Beginning Balance** |
| 05-01 | | -122.70 | 2,703.61 | Withdrawal Debit Card Visa Check Card 04/30 0442733000000413704137O CHANATRY'S MARKET UTICA NY |
| 05-03 | | -100.00 | 2,603.61 | Withdrawal ITM Session: XB4378 |
| 05-04 | | -125.00 | 2,478.61 | Withdrawal ACH PROG ADVANCED TYPE: INS PREM CO: PROG ADVANCED |
| 05-05 | | 740.93 | 3,219.54 | Deposit ACH ROBERTS CONSTRUC TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 05-05 | | 608.00 | 3,827.54 | Deposit by Check |
| 05-05 | | -1,300.00 | 2,527.54 | Check 1184 Tracer 852600000011616 |
| 05-07 | | -86.60 | 2,440.94 | Withdrawal Debit Card Visa Check Card 05/05 0401339000006316763167O THE FORGE MOTEL OLD FORGE NY |
| 05-08 | | -800.00 | 1,640.94 | Check 1183 Tracer 852900000021361 |
| 05-10 | | -67.98 | 1,572.96 | Check 1185 Tracer 021000029913296 Processed Check - National Grid vi TYPE: CHECK PYMT |
| 05-12 | | 740.93 | 2,313.89 | Deposit ACH ROBERTS CONSTRUC TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 05-12 | | -199.88 | 2,114.01 | Withdrawal Debit Card Visa Check Card 05/13 0446614000025498554985O K7*POWCK8552477795 8449787467 FL |
| 05-13 | | -200.00 | 1,914.01 | Withdrawal at ATM #2706 ATM AMERICU 4957 COMMERCIAL DR YORKVILLE NY |
| 05-19 | | 740.93 | 2,654.94 | Deposit ACH ROBERTS CONSTRUC TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 05-22 | | -10.01 | 2,644.93 | Withdrawal Debit Card Visa Check Card 05/20 0413746000005551355513O STEWART S SHOP 466 YORKVILLE NY |
| 05-23 | | -48.07 | 2,596.86 | Withdrawal Debit Card Visa Check Card 05/22 0494301000003482934829O THE HOME DEPOT #1254 NEW HARTFORD NY |
| 05-25 | | -100.00 | 2,496.86 | Withdrawal ITM Session: XB4354 |
| 05-26 | | 740.93 | 3,237.79 | Deposit ACH ROBERTS CONSTRUC TYPE: PAYROLL CO: ROBERTS CONSTRUC |
| 05-27 | | -64.20 | 3,173.59 | Withdrawal Debit Card Visa Check Card 05/26 0413829000002473324733O PRICE CHOPPER #207 NEW HARTFORD NY |
| 05-27 | | 400.00 | 3,573.59 | Deposit by Check ITM Session: XB4378 |
| 05-27 | | -300.00 | 3,273.59 | Withdrawal |